

FILED
MAY 0 7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Amanda U. Levy
General Delivery
Beverly Hills, CA 90210
Cell (310) 254-8028
amandaulevy@gmail.com

March 12, 2013 and May 1, 2013

Google, Inc.
76th Ninth Avenue, 4th floor
New York, NY 10011
Phone 1-212-565-0000
Attention: Larry Page, CEO and Co-Founder and Sergey Brin, Co-Founder

CV 13 2076

DMR

In the United States Northern District Court of California
District of California

| | |
|---|---|
| Amanda U. Levy | }Judge |
| Plaintiff | }Magistrate Judge |
| Vs. | }No. |
| Google, Inc. | }COMPLAINT |
| DEFENDANT | }BREACH OF CONTRACT |
| | }PERSONAL INJURIES |
| | }EMPLOYMENT |
| | }DISCRIMINATION |

### ALLEGATIONS (FACTS OF THE CASE)

Here Comes, Plaintiff, Amanda U. Levy

1).    1. On or before September 30, 2011, Plaintiff alleges becoming an independent contractor online with Defendant in New York City.

2.    On or before September 30, 2011, Plaintiff alleges establishing a blogspot, www.amandauche21.blogspot.com/ with her first and middle name with Defendant in

1

COMPLAINT                                                    AMANDA U. LEVY

New York City. Her mailing address was General Delivery, New York, NY 10001 and email address, amandaulevy@gmail.com. 21 represents the day Plaintiff was born as in June 21.

3. Plaintiff alleges she was stranded and homeless in New York City when she became an independent contractor with Defendant.

4. Plaintiff alleges Defendant promised they would pay her clicks and commissions for promoting thousands of ads for different companies.

5. Plaintiff alleges their contract was in writing. Plaintiff alleges before promoting an ad on her blogspot, she read the terms. Plaintiff alleges some ads paid up to $10 a click. Plaintiff alleges Defendant owes her at least $100,000.00, excluding commissions. Plaintiff alleges Defendant also owes her commissions of at least $100,000.00.

6. Plaintiff alleges she blogs about "Marriages Made in Heaven or Hell" for celebrities and public figures. Plaintiff alleges she declares 90% of Marriages Made in Heaven. Plaintiff alleges she never declares any Marriages Made in Hell. Plaintiff alleges she prefers to take the 5th.

7. Plaintiff alleges that the purpose of paying for clicks would be some customers were unwilling to report to Defendant where they saw the ad. Plaintiff alleges clicks are critical. Plaintiff alleges commissions are also important. Plaintiff alleges if a customer bought something and admitted seeing the ad on Plaintiff's blogspot, Plaintiff would also receive commission.

8. Plaintiff alleges she has more than 20,000 clicks. Plaintiff alleges Defendant has not paid her a dime. Plaintiff alleges she is still homeless. She alleges her current mailing address is General Delivery, Sacramento, CA 95812. Plaintiff alleges, she returned to California on or before February 28, 2012. Plaintiff alleges a Catholic priest bought her a United Airlines ticket.

9. On or before March 31, 2012, Plaintiff alleges reporting Defendant to the EEOC in Los Angeles. Because Plaintiff is an independent contractor, she alleges EEOC do not accept charges pertaining to independent contracts. Hence, the 90 day statutes of limitations are not applicable. Plaintiff alleges she's still a contractor with Defendant. Plaintiff alleges she has not blogged since January 2012. Plaintiff alleges Defendant pays quarterly. She alleges they have not paid the 20,000 clicks and commissions she accumulated from September 2011 until December 2011. Plaintiff alleges they should have paid her in January 2012 for the quarterly clicks and commissions from September 2011 until December 2011. For this reason, Plaintiff would like court to settle the above-

**COMPLAINT**

AMANDA U. LEVY

captioned case.

10. Most importantly, Plaintiff should be heralded for promoting the economy. She should also be admired for telling the truth at all times. If anything, lawsuits make us better citizens. It is one human race. They also make people respect disabled persons. Her hands disable her daily. Some people ought to count their blessings for having good hands. Due to Defendant's conduct, Plaintiff has become homeless. Please expedite this case. Thank you, Your Honor.

## EMPLOYMENT LAWS

- Title VII of the Civil Rights Act of 1964 (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin;

- Title I and Title V of the Americans with Disabilities Act of 1990, as amended (ADA), which prohibit employment discrimination against qualified individuals with disabilities in the private sector, and in state and local governments;

- the Civil Rights Act of 1991, which, among other things, provides monetary damages in cases of intentional employment discrimination.

Plaintiff suffered all of the above at the hands of Defendants. Since it was volunteer employment, Plaintiff did not report Defendants to EEOC.

*Defendant discriminated against Plaintiff based upon her national origin and physical disability. Her father was Nigerian.*

## NEGLIGENCE

It describes a situation when someone accidently does something wrong, which causes someone else to get hurt. A person can be held liable for any damages they cause through their careless (or "negligent") behavior.

*Defendant was negligent. Plaintiff has become homeless. Defendant owes her more than $100,000.00.*

## PERSONAL JURISDICTION

This court has personal jurisdiction. A person is subject to in personam jurisdiction for the following reason: Domicile (residence) alone is a basis for exercising jurisdiction over an absent domiciliary. (Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 278 (1940).) I.e., a person may always be sued for all claims, regardless of where they arise, in their state of permanent residence or in the case of a corporation, the state in which it is incorporated.

3

**COMPLAINT**  AMANDA U. LEVY

*Defendant's corporate office is in San Francisco, California.*

## DEFENDANT BREACHED OUR WRITTEN CONTRACT

In order to form an enforceable *oral* contract "the parties must have entered into an agreement which is sufficiently definite and certain so that the terms are either determined or may be implied." *Kraftco Corp. v. Kolbus*, 1 Ill.App.3d 653, 638 (4th Dist. 1971).

*Defendant breached. Prior to promoting an ad, Plaintiff read how much a click would pay. Plaintiff also read the terms concerning commissions. All ads were stipulated in writing.*

## PERSONAL INJURY TORT

Three elements must be established in every tort action. First, the plaintiff must establish that the defendant was under a legal duty to act in a particular fashion.

*Plaintiff satisfied all three elements. What's more, Plaintiff suffered homelessness, darkened and rashes stemming from Defendant's undue stress and economic hardship.*

## FEDERAL QUESTION:

Your Honor, Plaintiff is disabled under the American Disability Act. She has a physical impairment which limits one or more major life activities. She has problems with walking, standing, running, hearing, driving, aging etc. When she was two years old, she fell down and injured the center of her head. It was split into two. She could not grow past 8 years old. It was not until she became pregnant with her son she grew. He gave her stem cells. Since his birth, she stopped growing. He has outgrown her. Sometimes, she walks with a cane. She drives about twenty-five miles an hour on the streets and freeways. She can't age without her children. Given that she drives about twenty miles an hour, Dr. Mark Schwartz issued her a permanent disabled placard. It renews automatically every two years.

## DEFINITION OF A DISABILITY

Under ADA, an individual with a disability is a person who: (1) has a physical or mental impairment that substantially limits one or more major life activities; OR (2) has a record of such an impairment; OR (3) is regarded as having such an impairment. *Plaintiff has a physical disability. She's attaching proof of permanent disability(DMV.)*

## DIVERSITY

Diversity jurisdiction is currently codified at 28 U.S.C. § 1332

    (a)    The district courts shall have original jurisdiction of all
    (b)    civil actions where the matter in controversy exceeds the sum or

4

**COMPLAINT**                                                                                                    AMANDA U. LEVY

value of $75,000, exclusive of interest and costs, and is between –
© citizens of different States;
(d) Diversity arises because the amount ($1,000.000.00) exceeds $75,000.

*Diversity arises because $2,000,000.00 exceeds $75,000. Plus, Plaintiff has a physical disability.*

## PRAYER FOR RELIEF

Plaintiff would like to be compensated for undue stress, severe economic hardship, homelessness, and discrimination based upon national origin and disability for two million dollars. Hence, Plaintiff has been further injured by loss of her reputation and home. These acts were malicious and oppressive, justifying an additional award of punitive damages so that defendants will not engage in such conduct in the future and make an example of her. For such other and further relief as the court may deem just and proper. Some of the money will be donated to children's organizations. Plaintiff has donated many of her valuable personal belongings (One huge Yahama piano, three electrical piano, furniture, my son's desktop computer, one printer, thousands of clothes, hundreds of shoes, one refrigerator, one microwave, hundreds of movie tapes, just to name a few) to children in California, Maryland, Texas, Massachusetts and New York. Most importantly, Plaintiff would like to resume blogging, If truth be told, she promotes family values. Single-handedly, she came up with the concept, "Every man deserves a woman and every woman deserves a man! Stop being complacent! If you can't find love in your culture, look inside another culture! It's one human race. We all have the same number of eyes, legs, hands etc." Thank you, Your Honor.

Amanda U. Levy
Enclosures: Proof of Physical Disability, IFP, Cover Sheet, Summons, and Consent to Magistrate Judge Presiding Over the Above-Captioned Case.

5

COMPLAINT                                                            AMANDA U. LEVY



```
***CUSTOMER RECEIPT COPY***                         EXPIRES: 06/30/2013

              *** D I S A B L E D   P E R S O N   P L A C A R D ***

                                                 DATE ISSUED: 12/05/12
PLACARD NUMBER: F764312    PIC: 1    TV: 92
                                                       MO/YR: TZ
LEVY
AJULUC AMANDA UCHE                               DT FEES RECVD: 12/05/12
9663 SANTA MONICA BLVD
#1064                                      AMT DUE          : NONE
                                           AMT RECVD - CASH :
BEVERLY HILLS                                        - CHCK :
CA             90210                                 - CRDT :

             CO: 19



                    H00   617 C3 0000000 0011 CS  H00 120512 N1  F764312


        DEPARTMENT  OF  MOTOR  VEHICLES  PLACARD IDENTIFICATION CARD

   THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
   OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
   BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
   FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

   PLACARD#:    ███████        PLACARD HOLDER:  Levy  AMANDA UCHE
   EXPIRES:     06/30/2013                      9663 SANTA MONICA BLVD
   DOB:         ███████                         #1064
   ISSUED:      12/05/12
   TYPE:        N1                              BEVERLY HILLS
                                                CA             90210

   PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
   STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE
   AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

   WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
   *DISABLED PERSON PARKING SPACES (BLUE ZONES) *STREET METERED ZONES WITHOUT
   PAYING *GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS *STREET WHERE
   PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

   YOU MAY NOT PARK IN/ON: *RED ZONES *TOW AWAY ZONES *WHITE OR YELLOW ZONES
   *SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

   IT IS CONSIDERED MISUSE: *TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER
   IS BEING TRANSPORTED *TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR
   REVOKED *TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS.
   MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR
   REVOCATION OF THE PLACARD. LOSS OF PARKING PRIVILEGES. AND/OR FINES.
```