UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U LEVY, | No. C-13-02076 DMR |
| Plaintiff(s), | **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| GOOGLE INC, | |
| Defendant(s). | |

On May 7, 2013, Plaintiff filed this suit and an application to proceed in forma pauperis. [Docket No. 1.] On June 24, 2013, the court granted Plaintiff's IFP application and sua sponte dismissed the Complaint with leave to amend by July 8, 2013. [Docket No. 6.] To date, Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: July 10, 2013

DONNA M. RYU
United States Magistrate Judge