IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U LEVY,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC,<br><br>    Defendant. | No. C-13-03838 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on August 19, 2013, to the Honorable Judge Donna M. Ryu to consider whether this case is related to <u>Levy v. Google, Inc</u>., C-13-2076 DMR. In both cases, Plaintiff has alleged claims against Defendant for employment discrimination as well as for violations of state law arising from Plaintiff's operation of a blog. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: August 23, 2013

                                                              ELIZABETH D. LAPORTE
                                                              United States Chief Magistrate Judge